JEREMIAH MCCARTHY, Respondent, *v.* WESTERN UNION TELEGRAPH COMPANY, Appellant, Impleaded with Another.

*McCarthy* v. *Western Union Telegraph Co.*, 148 App. Div. 936, affirmed.
(Argued January 9, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 5, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Alfred L. Becker* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Not sitting: HISCOCK, J.